# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| ACTIVE DEPLOYMENT SYSTEMS, LLC | |
| *Plaintiff,* | Case Nos. 24-1530C, 24-1567C |
| v. | Judge Matthew H. Solomson |
| THE UNITED STATES, | |
| *Defendant,* | |
| and | |
| DEPLOYED RESOURCES, LLC, | |
| *Defendant/Intervenor.* | |

## STATUS REPORT IN RESPONSE TO THE COURT'S FEBRUARY 12, 2025 ORDER

In accordance with the Court's Order at ECF Dkt. # 41, Active Deployment Systems, LLC ("ADS") provides the following status report.

On January 29, 2025, the United States Customs and Border Protection ("CBP") filed a Status Report in Response to the Court's December 31, 2024 Order (ECF Dkt. #39), indicating the agency's commitment to "us[e] the DHS BPA when it competes the requirements currently served by the two task orders [at issue] as part of its corrective action." ECF Dkt. #39, p. 2. CBP also indicated that it would file an additional status report that would provide the Court and the parties with notice of the cancellation of the two task orders at issue. *Id.* at 2-3.

On February 7, 2025, CBP filed a Second Status Report in Response to the Court's December 31, 2024 Order (ECF Dkt. # 40) indicating that it had terminated the task orders at issue by allowing them to expire without further extension. *See* ECF Dkt. #40, p. 1. The report also indicated that CBP issued two bridge contracts to allow the agency to continue services while it competed the follow-on work under the DHS BPA vehicle. *Id.* at 1-2. As a result, CBP indicated

that it is now in full compliance with the Court's Order and that the consolidated action is now moot. *Id.* at 2.

ADS agrees that CBP's decision to compete the two task orders in the expedited manner indicated in ECF Dkt. # 39 and under the DHS BPA vehicle moots ADS's claims. As a result, ADS agrees that the consolidated matters regarding competition at CBP's Yuma, Arizona and Tucson, Arizona locations should be dismissed without prejudice.

| | |
|---|---|
| February 13, 2025 | Respectfully submitted, |
| *Of counsel* | */s/ Timothy J. Laughlin* |
| Matthew P Moriarty | Timothy J. Laughlin |
| Ian P. Patterson | SCHOONOVER & MORIARTY, LLC |
| Haley M. Sirokman | 130 N. Cherry Street, Suite 300 |
| | Olathe, Kansas 66061 |
| | (913) 354-2630 |
| | tlaughlin@SchoonoverLawFirm.com |
| | |
| | *Counsel for Active Deployment Systems, LLC* |