# In the United States Court of Federal Claims

Nos. 24-1530 C & 24-1567C
Filed: February 19, 2025

```
*************************************
ACTIVE DEPLOYMENT SYSTEMS,        *
LLC,                              *
            Plaintiff,            *
                                  *
       v.                         *          JUDGMENT
                                  *
THE UNITED STATES,                *
            Defendant,            *
                                  *
       and                        *
                                  *
DEPLOYED RESOURCES, LLC,          *
            Defendant-Intervenor. *
*************************************
```

Pursuant to the court's Order, filed February 18, 2025,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff's complaint is dismissed, without prejudice, as moot.


                                        Lisa L. Reyes
                                        Clerk of Court

                                By:     s/ Ashley Reams
                                        Deputy Clerk


NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Effective December 1, 2023, the appeals fee is $605.00.